**Order entered September 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00941-CR

### ANTHONY RASHAD GEORGE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1676714-S**

## ORDER

The State's September 23, 2019 second motion to extend the time for filing a brief is

**GRANTED**. The State's brief, received on September 23, 2019, is **ORDERED** filed as of the

date of this order.

/s/    DAVID L. BRIDGES
PRESIDING JUSTICE